UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Yangzhou Okus Trading Co., Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-60293-RKA |
| v. | ) | |
| | ) | Dist. Judge Roy K. Altman |
| The Individuals, Partnerships And Unincorporated Associations Identified On Schedule A, | ) ) ) | Mag. Judge Patrick M. Hunt |
| | ) | |
| Defendants. | ) | |

## <u>Unopposed</u> Motion for Extension of Time

**NOW COME** certain defendants[1] (collectively, "Defendants"), by and through their undersigned counsel, and hereby move this Court for an extension of time to respond to Plaintiff's Complaint, and in support thereof states as follows:

1. Plaintiff filed its Complaint on February 7, 2022.  [Dkt. 1].

2. Defendants were not, ostensibly, served with process until March 9, 2022.  [Dkt. 14].

3. This Court may, for good cause, extend the time by which Defendant's responses are due "if a

---

[1] 1 ChengDuRongChuangHongShengShangMaoYouXianGongSi, 4 PuTian MiaoMu trade co., LTD 5 Shenzhen Yuyanbanlv Culture Communication Co., Ltd, 8 DongGuanShiDouYangDianZi Shang Mao You XianGongSi, 14 dongguanshihangzhuoqingwangluokejiyouxiangongsi, 17 Minjuan,Ge, 19 HEFEIWUMIUXUANDIANZISHANGWUYOUXIANGONGSI, 22 DONGGUANSHIERDINGCISHANGMAOYOUXIANGONGSI, 27 DONGGUANSHIQIEZIDIANZISHANGWUYOUXIANGONGSI, 29 dongguanshidiezhaobingshangmaoyouxiangongsi, 32 GuangZhouRuiHongShangMaoYouXianGongSi, 35 Duanshuangcheng, 39 Jun Li, 40 dongguanshi hawuliangshangmao youxian gongsi, 42 dongguanshibiaobiaobiaodianzishangwuyouxiangongsi, 44 DONGGUANSHIXINGJIANGLUANSHANGMAOYOUXIANGONGSI, 45 DONGGUANSHIXUNHUADISHANGMAOYOUXIANGONGSI, 50 DongGuanShiHaoJingTianShangMaoYouXianGongSi, 56 Liu Xian, 58 Yiwushi xiuyi dianzishangwu youxiangongsi, 68 Peng Zhi Feng, 70 ShenZhenShiLuoQiKaiDianZiYouXianGongSi, 76 CHENGDUZANGYUNJIESHANGMAOYOUXIANGONGSI, 77 Shenzhen Yaosheng Technology Co., Ltd., 78 Junyun Wang, 80 DongGuanShiYuSuZuoDianZiShangWuYouXianGongSi, 81 caoxianyuanfawangluokejiyouxiangongsi, 82 DongGuanShiHuanQiNiangDianZiShangWuYouXianGongSi, 83 CHENGDUXIJINGTONGSHANGMAOYOUXIANGONGSI, 91 guangzhoulufanmaoyiyouxiangongsi, 92 ChengDuWeiJiaZhenShangMaoYouXianGongSi, 93 DongGuanShiJuLiangBuShangMaoYouXianGongSi, 96 dongguanshiliangxianggaishangmaoyouxiangongsi, 102 ChengDuJuFanYuanChengShangMaoYouXianGongSi, 103 Shenzhen Yaocai Technology Co., Ltd., 108 Li xinquan, 115 guangzhouluofangdadianzishangwuyouxiangongsi, 116 DongGuanShiWengCiLongShangMaoYouXianGongSi, 132 Dongguanshiqinzhaochangshangmaoyouxiangongsi, 160 DongGuanShiOuLaiYuDianZiShangWuYouXian GongSi

request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). "[U]nder Rule 6(b)(1) as interpreted by case law, the term "good cause" imposes a light burden." McCann v. Cullinan, 2015 WL 4254226, at * 10 (N.D. Ill 2015); 1 Moore's Federal Practice § 6.06 [2] p. 632 (Matthew Bender 3d ed. 2013); *See also*, Anderson v. Stanco Sports Library, Inc., 52 F.R.D. 108, 109 (D. S.C. 1971) (granting defendants' motion for an extension arguing that "judgment by default has not been entered. It is not contended that plaintiff would be prejudiced by the answer of the defendant and trial upon the merits. On the other hand, to enter default would deprive defendant of its day in court and preclude just determination of the question of liability."); *C.f.*, Compania Interamericana Exp.-Imp., S.A. v. Compania Dominicana de Aviacion, 88 F.3d 948, 951-52 (11th Cir. 1996) ("if a party willfully defaults by displaying either an intentional or reckless disregard for the judicial proceedings, the court need make no other findings in denying relief.).

4. Defendants respectfully request that this Court extend the date on which Defendants are to have filed response(s) to Plaintiff's Complaint, if ultimately necessary, to April 20, 2022.

5. This Motion has been filed in good faith and is not interposed for purposes of delay.

6. This is the first motion for an extension of time filed by Defendant.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully request that this Honorable Court enter an Order:

  a) extending the date on which Defendant's response(s) to Plaintiff's Complaint are due to April 20, 2022.

### L.R. 7.1(a)(3) Certification

The undersigned counsel has conferred with all parties who may be affected by the relief sought hereunder (*i.e.*, Plaintiff), and Plaintiff has indicated that it does not oppose the extension requested herein.

Dated:	March 30, 2022

                Respectfully submitted,

                /s/Darren Heitner
                HEITNER LEGAL, P.L.L.C.
                215 Hendricks Isle
                Fort Lauderdale, FL 33301
                darren@heitnerlegal.com
                Ph.	(954) 558-6999

                *Attorney for Defendants*