# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Yangzhou Okus Trading Co., Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-60293-RKA |
| v. | ) | |
| | ) | Dist. Judge Roy K. Altman |
| The Individuals, Partnerships And Unincorporated Associations Identified On Schedule A, | ) ) ) | Mag. Judge Patrick M. Hunt |
| | ) | |
| Defendants. | ) | |

### [proposed] Order

**THIS CAUSE** being before the Court on defendants[1] (collectively, "Defendants") Motion for Extension of Time, this Court ORDERS that

a) Defendants shall file their response(s) to Plaintiff's Complaint [Dkt. 1] on or before April 20, 2022.

                                                                     U.S. District Judge Roy K. Altman

---

[1] 1 ChengDuRongChuangHongShengShangMaoYouXianGongSi, 4 PuTian MiaoMu trade co., LTD 5 Shenzhen Yuyanbanlv Culture Communication Co., Ltd, 8 DongGuanShiDouYangDianZi Shang Mao You XianGongSi, 14 dongguanshihangzhuoqingwangluokejiyouxiangongsi, 17 Minjuan,Ge, 19 HEFEIWUMIUXUANDIANZISHANGWUYOUXIANGONGSI, 22 DONGGUANSHIERDINGCISHANGMAOYOUXIANGONGSI, 27 DONGGUANSHIQIEZIDIANZISHANGWUYOUXIANGONGSI, 29 dongguanshidiezhaobingshangmaoyouxiangongsi, 32 GuangZhouRuiHongShangMaoYouXianGongSi, 35 Duanshuangcheng, 39 Jun Li, 40 dongguanshi hawuliangshangmao youxian gongsi, 42 dongguanshibiaobiaobiaodianzishangwuyouxiangongsi, 44 DONGGUANSHIXINGJIANGLUANSHANGMAOYOUXIANGONGSI, 45 DONGGUANSHIXUNHUADISHANGMAOYOUXIANGONGSI, 50 DongGuanShiHaoJingTianShangMaoYouXianGongSi, 56 Liu Xian, 58 Yiwushi xiuyi dianzishangwu youxiangongsi, 68 Peng Zhi Feng, 70 ShenZhenShiLuoQiKaiDianZiYouXianGongSi, 76 CHENGDUZANGYUNJIESHANGMAOYOUXIANGONGSI, 77 Shenzhen Yaosheng Technology Co., Ltd., 78 Junyun Wang, 80 DongGuanShiYuSuZuoDianZiShangWuYouXianGongSi, 81 caoxianyuanfawangluokejiyouxiangongsi, 82 DongGuanShiHuanQiNiangDianZiShangWuYouXianGongSi, 83 CHENGDUXIJINGTONGSHANGMAOYOUXIANGONGSI, 91 guangzhoulufanmaoyiyouxiangongsi, 92 ChengDuWeiJiaZhenShangMaoYouXianGongSi, 93 DongGuanShiJuLiangBuShangMaoYouXianGongSi, 96 dongguanshiliangxianggaishangmaoyouxiangongsi, 102 ChengDuJuFanYuanChengShangMaoYouXianGongSi, 103 Shenzhen Yaocai Technology Co., Ltd., 108 Li xinquan, 115 guangzhouluofangdadianzishangwuyouxiangongsi, 116 DongGuanShiWengCiLongShangMaoYouXianGongSi, 132 Dongguanshiqinzhaochangshangmaoyouxiangongsi, 160 DongGuanShiOuLaiYuDianZiShangWuYouXian GongSi